IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DOMINIC A. GUZMAN, <br><br>      Plaintiff, <br><br>  v. <br><br>GEORGE PABEY and CHARLES PACURAR, Individually and in their official capacities as Mayor and City Controller of the city of East Chicago, Indiana, respectively, the CITY OF EAST CHICAGO, INDIANA, a municipal corporation, and the EAST CHICAGO SANITARY DISTRICT, a special taxing district, <br><br>      Defendants. | Case No. 2:05-CV-256 <br><br>Judge Rudy Lozano <br><br>Magistrate Judge Rodovich |

**DEFENDANTS' MOTION TO WITHDRAW THE**
**<u>APPEARANCE OF ALISON C. MANN</u>**

     Defendants, GEORGE PABEY, CHARLES PACURAR, THE CITY OF EAST CHICAGO, INDIANA and the EAST CHICAGO SANITARY DISTRICT ("Defendants"), by their attorneys, the law firm of Morgan Lewis & Bockius LLP, hereby respectfully move this Court to withdraw the appearance of one of their attorneys, Alison C. Mann.  In support of this Motion, Defendants state as follows:

     1.    Defendants have retained the law firm of Morgan, Lewis & Bockius LLP to represent their interests in this matter.  Several attorneys from the firm have filed their appearances and have appeared before this Court.

     2.    On June 27, 2005, this Court granted Defendants' Motion to add the appearance of Alison C. Mann.

1-CH/165780.1

3.  Ms. Mann left Morgan, Lewis & Bockius LLP effective July 28, 2005. Therefore, Defendants wish to withdraw her appearance from this matter.

4.  Defendants will continue to be represented in this matter by Morgan, Lewis & Bockius LLP. No party will be prejudiced nor will any delay result from the withdrawal of Ms. Mann's appearance.

WHEREFORE, Defendants respectfully request that this Court withdraw the appearance of Alison C. Mann.

Respectfully submitted,

Dated: January 18, 2006.

/s/ Ethan G. Zelizer
Charles C. Jackson
charles.jackson@morganlewis.com

Grady B. Murdock, Jr.
gmurdock@morganlewis.com

Ethan G. Zelizer
ezelizer@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive-Fifth Floor
Chicago, Illinois  60601
312.324.1000
312.324.1001 (fax)

Attorneys for Defendants,
City of East Chicago, Indiana and
the Individually Named Defendants

## **CERTIFICATE OF SERVICE**

I, Ethan G. Zelizer, an attorney, certify that I served the foregoing Defendants' Motion to Withdraw the Appearance of Alison C. Mann by causing a true and correct copy of the same to be mailed, by United States mail, with proper postage prepaid, to:

> Anthony DeBonis, Jr.
> SMITH & DEBONIS, LLC
> 9696 Gordon Drive
> Highland, Indiana  46322
> (219) 922-1000

on this 18th day of January, 2006.

/s/ Ethan G. Zelizer
Ethan G. Zelizer
